# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendant. | Case No. 3:21-cv-00221-SLG |

## ORDER RE JOINT MOTION TO AMEND THE SCHEDULING AND PLANNING ORDER

Before the Court at Docket 22 is the Parties' *Joint Motion to Amend the Scheduling and Planning Order*. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that the Scheduling and Planning Order at Docket 19 is AMENDED as follows:

| | |
|---|---|
| **December 20, 2023** | Initial Discovery Production Deadline* |
| **January 12, 2024** | Discovery Deadline for State RFP 11 and 17, if needed |
| **February 1, 2024**[1] | Exchange of Initial Expert Reports;<br><br>Exchange Documents Supporting Initial Expert Reports |
| **May 1, 2024** | Exchange of Rebuttal Expert Reports |

---

[1] The Partys' February 1 Initial Expert Report deadline is subject to change based on whether the parties are able to acquire key river data from the University of Alaska Fairbanks.

| | |
|---|---|
| **May 1, 2024** | First Pause of Discovery for Settlement Discussions |
| **June 14, 2024** | Discovery Resumes;<br><br>Exchange of preliminary witness lists. |
| **September 30, 2024** | Exchange of final witness lists |
| **November 15, 2024** | Close of Discovery;<br><br>Second Pause for Settlement Discussions |
| **December 13, 2024** | Joint Status Report to update court on settlement status and, if necessary, to propose a deadline for the filing of motions under LR 16.1(c)(7)-(8) |

DATED this 4th day of December 2023, at Anchorage, Alaska.

                                                 */s/ Sharon L. Gleason*
                                                 UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00221-SLG, *SOA v. USA, et al.*
Order re Joint Motion to Amend the Scheduling and Planning Order
Page 2 of 2

Case 3:21-cv-00221-SLG   Document 23   Filed 12/04/23   Page 2 of 2