IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, | |
|---|---|
| Plaintiff, | Case No: 3:21-CV-0221-SLG |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**[PROPOSED] ORDER RE JOINT MOTION TO AMEND THE SCHEDULING AND PLANNING ORDER**

Before the Court at Docket 24 is the Parties' *Joint Motion to Amend the Scheduling and Planning Order*. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that the Scheduling and Planning Order at Docket 19 and the Order at Docket 23 are AMENDED as follows:

I. **Amended Schedule**

| **May 1, 2024** | Exchange of Initial Expert Reports; Exchange Documents Supporting Initial Expert Reports |
|---|---|
| **October 1, 2024** | Exchange of Rebuttal Expert Reports Three-Month Pause of Discovery for Settlement Discussions Begins |

| **January 1, 2025** | Discovery Resumes; Exchange of Preliminary Witness Lists. |
|---|---|
| **February 14, 2025** | Exchange of Final Witness Lists |
| **May 1, 2025** | Close of Discovery; Sixth-Month Pause for Settlement Discussions Begins |
| **August 1, 2025** | Joint Status Report to update court on settlement status and, if necessary, to propose a deadline for the filing of motions under LR 16.1(c)(7)-(8) |

II. Amended Summary Judgment Schedule

| **October 31, 2025** | Plaintiff's Motion for Summary Judgment (limited to 14,000 words) |
|---|---|
| **January 30, 2026** | Defendant's Cross-Motion for Summary Judgment and Response (limited to 14,000 words) |
| **May 1, 2026** | Plaintiff's Response and Reply (limited to 14,000 words) |
| **July 1, 2026** | Defendant's Reply (limited to 10,000 words) |

DATED this ___ day of January 2024, at Anchorage, Alaska

_____

UNITED STATES DISTRICT JUDGE